**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | |
|---|---|
| Lynn Allbright, | : <br> : <br> : <br> : <br> : |
| Plaintiff, <br> v. | : Civil Action No.: 9:12-cv-02920-SB <br> : <br> : |
| GC Services, L.P.; and <br> DOES 1-10, inclusive, | : <br> : <br> : <br> : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 5, 2012

                                             Respectfully submitted,

                                             By /s/Brian J. Headley
                                             Brian J. Headley, Attorney at Law
                                             District of South Carolina Bar ID No. 11427
                                             145 Historic Drive
                                             Mount Pleasant, SC 29464
                                             Telephone: (855) 301-2100 ext. 5532
                                             Facsimile: (888) 953-6237
                                             bjheadley@yahoo.com
                                             bheadley@lemberglaw.com

                                             *Of Counsel to*
                                             Lemberg & Associates, LLC
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile: (888) 953-6237
                                             Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on November 5, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of South Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By  /s/Brian J. Headley
                  Brian J. Headley, Esq.