Rubin Order

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| Lynn Allbright, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 9:12-cv-2920-SB |
| v. ) | |
| ) | |
| GC Services, L.P.; and ) | |
| DOES 1-10, inclusive, ) | **ORDER** |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within sixty days from the filing date of this order.

**IT IS SO ORDERED.**

_____
Sol Blatt, Jr.
Senior United States District Judge

November **20**, 2012
Charleston, South Carolina

